JOHN HAYES *v.* CATHARINE E. RABOLD, Respondent; A. J. MOORE, Receiver, etc., Appellant.

(Submitted May 3, 1887; decided May 13, 1887.)

*Samuel J. Crooks* for appellant.

*George W. Carr* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

RICHARD W. HURLBUT, Appellant, *v.* MARGARET J. COMAN et al., Respondents.

(Argued May 3, 1887; decided May 13, 1887.)

*William W. Goodrich* for appellant.

*Samuel Untermyer* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JEREMIAH EIGHMIE, Respondent, *v.* EDGAR B. TAYLOR, as Administrator, etc., Appellant.

(Argued May 3, 1887; decided May 13, 1887.)

*Frank B. Lown* for appellant.

*N. C. Marvin* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.